## STATE *v.* DEMERRITT.

An indictment against the clerk of a school-district for not recording the warrant for an annual meeting of the district and not discharging other duties of his office with respect to such meeting, must show that a warrant for the meeting was issued and given to him as required by the statute.

INDICTMENT, under Gen. Laws, *c.* 262, *s.* 13, charging the defendant with wilfully neglecting the duty of his office as clerk of school-district number one in Errol, in not recording the warrant for the annual meeting of the district, March 29, 1883, in not attending that meeting and keeping a true and attested record of its doings, &c.   The defendant demurred.

*J. H. Dudley, Solicitor,* for the state.

*Drew & Jordan,* for the defendant.

CLARK, J.   The indictment does not allege that a warrant was issued by the prudential committee for the annual meeting, or given to the clerk to be recorded (G. L., *c.* 87, *s.* 5), nor does it in any way allege that the meeting was legally called or duly held.   *State* v. *Marshall,* 45 N. H. 281.   The clerk had no official duty to perform in connection with the meeting, unless is was a lawful one. Bish. St. Cr., *ss.* 832, 833.

*Demurrer sustained.*

ALLEN, J., did not sit: the others concurred.